AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Oct 7 2019
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

**USA**

vs.

**(1) JACOBO ELISEO ESCOBAR-ZACARIAS**

§
§   CRIMINAL COMPLAINT
§   CASE NUMBER: **EP:19-M -08794(1) RFC**
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 05, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title       **8**       United States Code, Section(s)       **1326**

I further state that I am a(n) **BORDER PATROL AGENT** and that this complaint is based on the following facts: *" The DEFENDANT, Jacobo Eliseo ESCOBAR-Zacarias, an alien to the United States and a citizen of Guatemala was found approximately 1.09 miles west of the Bridge of the Americas Port of Entry in El Paso, Texas in the Western District of Texas. "*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
GARCIA, CONRAD
BORDER PATROL AGENT

October 7, 2019
File Date

at  EL PASO, Texas
City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN
AT 1:01 P.M.
FED.R.CRIM.P.4.1(b)(2)(A)**

**WESTERN DISTRICT OF TEXAS**

**(1) JACOBO ELISEO ESCOBAR-ZACARIAS**

*FACTS   (CONTINUED)*

From statements made by the DEFENDANT to the arresting agent, DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.  Defendant has been previously removed from the United States to Guatemala on 09/10/2010 through Harlingen, Texas.  Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:

The DEFENDANT has been removed 3 time(s), the last one being to Guatemala on September 10, 2010, through HARLINGEN, TX
Removed June 09, 2009, through Phoenix, AZ.
Removed March 22, 2007, through New Orleans, LA.

CRIMINAL HISTORY:

06/09/2005, Arlington, Texas, Driving while Intoxicated(M), CNV, 30 days confinement.